IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

EDWARD SHAUGHNESSY,

        Plaintiff,

vs.

SECURA INSURANCE, a MUTUAL COMPANY a/k/a d/b/a SECURA INSURANCE COMPANIES

        Defendant.

_____

**NOTICE OF REMOVAL OF STATE COURT ACTION FILED BY DEFENDANT**
_____

Defendant by and through its undersigned attorneys, Ellis J. Mayer, Esq. of Nathan, Dumm & Mayer, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Federal Rule of Civil Procedure 81(c); and D.C.COLO.L.Civ.R. 81.1, hereby submits this Notice of Removal of the State Court Action filed by Edward Shaughnessy ("Plaintiff"), and states as follows:

**GROUNDS FOR REMOVAL**

1.      The Plaintiff and the Defendant have diversity of citizenship and the amount in controversy exceeds $75,000.00, making this action appropriate for removal from the Federal Court in accordance with 28 U.S.C. § 1332 and 1441, and timely under 28 U.S.C. § 1446.

## THE STATE COURT ACTION

2.      On April 3, 2017, the Plaintiff filed a State Court action entitled Ashleigh Edward Shaughnessy, Plaintiff, v. SECURA Insurance, a Mutual Company a/k/a d/b/a Secura Insurance Companies, in the District Court for the City and County of Denver, Colorado, Case Number 2017CV31214 (Exhibit A, Complaint and Jury Demand).   A Civil Cover Sheet accompanied the Complaint (Exhibit B, Cover sheet).

## DIVERSITY

3.      Plaintiff is a resident of the City and County of Denver and State of Colorado (Complaint, ¶ 1), and lives at the following address: 1745 S. Yuma St., Denver, CO 80223 (Complaint and Jury Demand, ¶ 1).

4.      Defendant SECURA Insurance ("SECURA") is a resident of the city of Appleton, County of Outagamie, and State of Wisconsin, with a corporate address at 2401 S Memorial Dr, Appleton, WI 54915, Exhibit C, Affidavit of Jay Ottow.

5.      Because the action is between citizens of different states and/or subjects of a foreign state, diversity exists within the meaning of 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

1.      The amount in controversy exceeds $75,000.00 according to:

    a.      The Civil Cover Sheet filed by the Plaintiff with his Complaint.  Exhibit B (attached) indicates that the Simplified Rules of Civil Procedure do not apply because Plaintiff seeks more than $100,000.00 in damages.

b.    Plaintiff's Complaint (Exhibit A) indicates damages for economic and non-economic damages, physical impairment, lost wages and lost earning capacity.

## TIMELINESS OF REMOVAL

6.    The Defendant is filing this Notice of Removal within 30 days after service of the Complaint and Jury Demand and Civil Cover Sheet on May 12, and, accordingly, this Notice is timely under 28 U.S.C. § 1446(b).  The Civil Cover Sheet states that Plaintiff seeks a monetary judgment of more than $100,000, exclusive of interest and costs. the civil cover sheet can be used to establish the amount in controversy for purposes of removal.  *Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) ("There is no ambiguity in the cover sheet. And we see no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding (whether or not simplified procedures will apply).") (citing *Henderson v. Target Stores, Inc.,* 431 F.Supp.2d 1143, 1144 (D. Colo. 2006)).

## COMPLIANCE WITH THE PROCEDURAL REQUIREMENTS

7.    Pursuant to 28 U.S.C. § 1446(a), Federal Rule of Civil Procedure 81.(c and d. c. Colorado.L.R.81.1, a copy of all process, pleadings, and orders that have been filed in a State Court are attached hereto and include:

Complaint and Jury Demand (Exhibit A)

Civil Cover Sheet to the Complaint (Exhibit B)

Return of Service Signed (Exhibit D)

Summons (Exhibit E)

Exhibit 1 (Exhibit F).

Delay Reduction Order (Exhibit G)

Substitution of Counsel (Exhibit H)

Answer and Jury Demand (Exhibit I)

8.      No trial, hearings, or other proceedings are currently pending in the State Court from which this action is being removed.

9.      Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal has been filed with the Clerk of the District Court of the City and County of Denver in Civil Action 2017CV031313 (Exhibit J), and a copy of the Notice of Removal has been served on counsel for the Plaintiff as specified in the attached Certificate of Service.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441 and 1446, Defendants respectfully requests that this case be removed from the District Court of the City and County of Denver, Colorado, to the United States District Court for the District of Colorado and enter such further Orders as may be necessary and proper for the continuation of this action.

Respectfully submitted,

NATHAN DUMM & MAYER, P.C.

s/Ellis J. Mayer
Ellis J. Mayer, Esq.
Nathan Dumm & Mayer PC
7900 East Union Avenue, Suite 600
Denver, CO   80237
(303) 691-3737
(303) 757-5106 (Fax)
emayer@ndm-law.com
Attorney for Defendants

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 2, 2017, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following

e-mail addresses and a courtesy copy sent to:

Kristi Paschall, Esq.
The Ramos Law Firm, LLP
3000 Youngfield Street #200
Wheat Ridge, CO 80215
kristi@ramoslaw.com

                                                    *s/ Ellis J. Mayer*
                                                    Ellis J. Mayer, Esq.
                                                    Nathan Dumm & Mayer PC
                                                    7900 East Union Avenue, Suite 600
                                                    Denver, CO   80237
                                                    (303) 691-3737
                                                    (303) 757-5106 (Fax)
                                                    emayer@ndm-law.com
                                                    Attorney for Defendants