| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Room 256 (Clerk's Office)<br>Denver CO 80202<br>720-865-8614 | DATE FILED: April 3, 2017 4:49 PM<br>FILING ID: 342FF5AA89105<br>CASE NUMBER: 2017CV31214 |
| Plaintiff:    **EDWARD SHAUGHNESSY,**<br><br>v.<br><br>Defendants:  **SECURA INSURANCE, A MUTUAL COMPANY a/k/a d/b/a SECURA INSURANCE COMPANIES** | ▲ COURT USE ONLY ▲ |
| Wesley Eddington, Esq. #47915<br>Ramos Law, LLC<br>3000 Youngfield Street, Ste #200<br>Wheat Ridge, Colorado 80215<br>Phone:  (303) 733-6353     Fax: (303) 865-5666<br>Email: wes@ramsolaw.com | Case No.<br>Div:<br>Courtroom: |
| **COMPLAINT AND JURY DEMAND** | |

COMES NOW, Edward Shaughnessy ("Mr. Shaughnessy"), by and through his legal counsel Wesley L. Eddington, Esq. of Ramos Law, LLC, pursuant to C.R.C.P. 8, for a Complaint and Jury Demand, asserts as follows:

**PARTIES AND VENUE**

1. The plaintiff, Edward Shaughnessy, resides in Denver County, State of Colorado at 1745 S. Yuma St., Denver, CO 80223.

2. At all times material, Defendant Secura Insurance, A Mutual Company ("Secura") a/k/a d/b/a Secura Insurance Companies was licensed to do business, and was doing business, in the State of Colorado. The registered agent for Defendant Secura is the Division of Insurance, 1560 Broadway, Denver, CO 80202.

3. Venue is proper in this Court pursuant to C.R.C.P. 98(c)(1).

**FACTUAL ALLEGATIONS**

4. Plaintiff hereby incorporates all preceding paragraphs as though fully alleged herein.

5. On or about March 17, 2014, the date of the incident complained of, Morgan Adams was negligent in the operation of her motor vehicle, and as a direct and proximate result thereof, did cause a collision with a vehicle in which the Plaintiff was traveling, as well as injuries, damages and losses to the Plaintiff as set forth below.

6. The collision occurred at or near the intersection of Park Meadows Dr. and Acres Green Dr., Lone Tree, CO.

7. As a direct and proximate result of her negligent operation of a motor vehicle, Morgan Adams caused the collision with the Plaintiff.

8. At that time on March 17, 2014, Mr. Shaughnessy worked for Front Range Mechanical Services, which was also doing business as 5-K Service Group.

9. Front Range Mechanical Services, which was also doing business as 5-K Service Group, purchased a commercial insurance policy from Defendant Secura, which was in full force and effect as of March 17, 2014 under policy number 20-A-003212839-3/001. See **Exhibit 1**.

10. The Uninsured/Underinsured coverage promises to pay benefits reasonably necessitated by Mr. Shaughnessy that were caused by his March 17, 2014 motor vehicle collision.

11. The March 17, 2014 motor vehicle accident injured Mr. Shaughnessy, who was not at fault in bringing about this crash.

12. At the time of the accident, Mr. Shaughnessy was within the course and scope of his employment with Front Range Mechanical Services.

13. The collision required Mr. Shaughnessy to obtain medical care and to incur bills from his health care providers.

14. Mr. Shaughnessy settled his claim against the tortfeasor on or about April 2, 2015 with the written consent of Secura. The claim settlement with the tortfeasor for the tortfeasor's policy limits was insufficient to compensate Mr. Shaughnessy for his damages.

15. Mr. Shaughnessy has fulfilled all conditions brought to his attention as being required in his insurance contract in order to obtain covered benefits.

**FIRST CLAIM FOR RELIEF**
**(Breach of Contract Secura)**

16. Plaintiffs hereby incorporate all preceding paragraphs as though fully alleged

herein.

17. At all times relevant to this action, Plaintiff, is an insured under the policy issued by the Defendant, and has a contractual right to UIM benefits as a result of the March 17, 2014 motor vehicle accident.

18. Plaintiff has complied with all conditions precedent to coverage under the insurance policy issued by Defendant to him.

19. To the extent that Plaintiff has failed to comply with any of the contractual obligations, Defendant has not been prejudiced by the failure to comply.

20. To the extent that Plaintiff has failed to comply with any of the contractual obligations, Defendant may not rely on this failure to comply because it breached one or more material obligations under the policy prior to any alleged failure to comply of Plaintiff.

21. At all times relevant to this action, Defendant owed to Plaintiff the implied duty of good faith and fair dealing under the insurance contract.

22. Defendant has breached its contract by denying underinsured motorist benefits under the policy.

23. As a direct and approximate result of Defendant's breach of contract, Plaintiff has incurred damages as set forth herein.

24. Mr. Shaughnessy was not excluded on Front Range Mechanical Services's Secura policy.

25. Front Range Mechanical Services purchased insurance benefits from Secura by believing Secura promises to provide financial peace of mind to its employees when they get in an accident.

26. Front Range Mechanical Services employee Mr. Shaughnessy relied to his detriment on the promises made to him and other employees of Front Range Mechanical Service by Secura when Secura betrayed their trust and denied payment of underinsured/uninsured benefits based on Secura total reliance on an insurance adjuster.

27. By refusing to pay Mr. Shaughnessy reasonable medical, economic, and non-economic damages necessitated by the March 17, 2014 collision, Secura breached its contract of insurance with Front Range Mechanical Service's underinsured/uninsured coverage and caused other consequential or non-economic recoverable damages to be determined at trial.

## DAMAGES SOUGHT

28. Plaintiff hereby incorporates all preceding paragraphs as though fully alleged herein.

29. Plaintiff seeks to recover damages for his employer's contract benefits due under its UIM insurance policy with Defendant.

30. Plaintiff seeks damages for his economic and non-economic damages caused by the March 17, 2014 motor vehicle collision in accordance with Front Range Mechanical Services UIM contract with Defendant.

31. Plaintiff seeks damages for his physical impairment caused by the March 17, 2014 motor vehicle collision in accordance with Front Range Mechanical Services UIM contract with Defendant.

32. Plaintiff seeks damages for his lost wages and lost earning capacity caused by the March 17, 2014 motor vehicle collision in accordance with Front Range Mechanical Services UIM contract with Defendant.

**WHEREFORE**, the Plaintiff request that judgment be entered in favor of the Plaintiff and against the Defendants, in an amount to fairly compensate him for the injuries as set forth above, court costs, expert witness fees, statutory interest from the date this cause of action accrued or as otherwise permitted under Colorado law and for such other and further relief as this Court deems just and proper.

PLAINTIFF DEMANDS THAT THESE ISSUES TO BE TRIED TO A JURY OF SIX

Respectfully submitted this 3rd day of April, 2017.

RAMOS LAW, LLC.

By: _____
Wesley Eddington, Esq. #47915

Plaintiffs Address:

1745 S. Yuma St.
Denver, CO 80223