## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  2017-cv-01342-WJM

EDWARD SHAUGHNESSY

Plaintiff,

v.

SECURA INSURANCE, a MUTUAL COMPANY a/k/a SECURA INSURANCE COMPANIES

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, by and through his attorneys, Ramos Law, LLC, and Defendant, by and through their attorneys, Nathan Dumm & Mayer P.C., hereby stipulate and move this Honorable Court to enter their Order of Dismissal with Prejudice, and as grounds therefore, shows unto the Court as follows:

1. That all matters at issue in the above-captioned civil action have been resolved to the satisfaction of the parties to this stipulation and there remain no issues to be litigated.

2. That the above-captioned civil action may be dismissed as to the parties to this stipulation WITH PREJUDICE with each party to bear their own costs and attorneys' fees.

WHEREFORE, the parties hereby move this Honorable Court to enter their Order that this action be dismissed WITH PREJUDICE, each party to bear their own costs and attorneys' fees.

-2-

Respectfully submitted this the 17th day of July, 2017.

RAMOS LAW, LLC                                      NATHAN DUMM & MAYER P.C.


*s/ Kristi Paschall*                                *s/ Ellis J. Mayer*
Kristi Paschall, Esq.                               Ellis Mayer, Esq.
Richard L. Eddington, Esq.                          Nathan Dumm & Mayer, P.C.
Ramos Law, LLC                                      7900 East Union Avenue, Ste. 600
3000 Youngfield Street, Suite 200                   Denver, CO 80237
Wheat Ridge, CO 80215                               (303) 691-3737 (M)
(303) 733-6353 (M)                                  (303) 757-5106 (F)
(303) 865-5666 (F)                                  emayer@ndm-law.com
kristi@ramoslaw.com                                 *Attorneys for Defendant*
rick@ramoslaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of July, 2017, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Kristi Paschall, Esq.
Richard L. Eddington, Esq.
Ramos Law, LLC
3000 Youngfield Street, Suite 200
Wheat Ridge, CO 80215
(303) 733-6353 (M)
(303) 865-5666 (F)
kristi@ramoslaw.com
rick@ramoslaw.com

       *s/ Ellis J. Mayer*
       Ellis J. Mayer
       Attorney for Defendants
       NATHAN DUMM & MAYER P.C.
       7900 E. Union Avenue, Suite 600
       Denver, CO  80237-2776
       Phone Number:  (303) 691-3737
       Facsimile:  (303) 757-5106
       EMayer@ndm-law.com